IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GINGER L. EDWARDS,<br>Plaintiff, | §<br>§<br>§ |
| VS. | §    CIVIL NO. 4:22-CV-555-P |
| | § |
| GRANT H. JACK, et al.,<br>Defendants. | §<br>§<br>§ |

## ORDER RECOMMENDING DISMISSAL
## AND RETURNING CASE TO DISTRICT JUDGE

On June 29, 2022, *pro se* Plaintiff Ginger L. Edwards filed the above-styled and referenced case. On June 29, 2022, Edwards filed her Motion for Leave to Proceed *in forma pauperis* [doc. 3]. The Court denied Edwards' Motion for Leave to Proceed *in forma pauperis* [doc. 3] on July 1, 2022 and Ordered her to pay the required $402 filing and administrative fees to the Clerk of Court no later than July 15, 2022 [doc. 8]. Edwards filed an untitled Motion [doc. 9] with the Court on July 18, 2022, requesting additional time to pay the requisite filing and administrative fees. On July 19, 2022, the Court issued and Order [doc. 19] granting Edwards until August 2, 2022, to pay the applicable fees and informing Edwards that, "[i]f she fails to pay the applicable fees by this extended deadline . . . this case will be subject to dismissal without prejudice as provided by Rule 41(b) of the Federal Rules of Civil Procedure." As of the date of this Order, Edwards has failed to comply with the Court's Order and pay the applicable fees.

Consequently, the Court **RECOMMENDS** that the above-styled and numbered cause be **DISMISSED** for failing to comply with the Court's Order.

## NOTICE OF RIGHT TO OBJECT TO PROPOSED
## FINDINGS, CONCLUSIONS AND RECOMMENDATION
## AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's

proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

## ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until August 17, 2022,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED August 3, 2022.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE